UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| *In re* **Paulsboro Derailment Cases** | Master Docket No. 13-784-RBK-KWM |
| **N.G.**, a minor by and through his parent and natural guardian, Kenya Galloway; <br> **N.G.**, a minor by and through her parent and natural guardian, Kenya Galloway; <br> **S.C.**, a minor by and through his parent and natural guardian, Cassandra Clark; <br> **A.R-C.**, a minor by and through her parent and natural guardian, Cassandra Clark; <br> **S.C.**, a minor by and through his parent and natural guardian, Antoria Vernon; <br> **J.G.**, a minor by and through his parent and natural guardian, Mellissa Gaines; <br> **T.G.**, a minor by and through her parent and natural guardian, Mellissa Gaines; <br> **G.R.**, a minor by and through her parent and natural guardian, Mona Flick; <br> **Z.S.**, a minor by and through his parents and natural guardians, Shareef Abdus-Salaam and Hadiyyah Qaadir; <br> **Z.S.**, a minor by and through her parents and natural guardians, Shareef Abdus-Salaam and Hadiyyah Qaadir; <br> **B.G.**, a minor by and through his parent and natural guardian, Ann Gross; <br> **A.S.**, a minor by and through her parent and natural guardian, Milvinia St. John; <br> **A.D.**, a minor by and through his parent and natural guardian, Shakira Myricks; <br> **A.G.**, a minor by and through her parent and natural guardian, Tilika Griffin; <br> **L.S.**, a minor by and through his parent and natural guardian, Tilika Griffin; and <br> **A.W.**, a minor by and through his parent and natural guardian, Malinda Taylor; <br><br> Plaintiffs, | CASE NO.: 1:15-cv-04206-RBK-KMW <br><br> Civil Action |

|  |
|---|
| Vs.<br><br>**CONSOLIDATED RAIL CORPORATION; CONRAIL; NORFOLK SOUTHERN RAILWAY COMPANY; NORFOLK SOUTHERN CORPORATION; CSX TRANSPORTATION; JOHN DOES 1-50;** and **ABC CORPORATIONS 1-50**, jointly, severally and in the alternative,<br><br>                              Defendants. |

## ORDER SEALING DOCUMENTS

THIS MATTER being opened to the Court by Hoffman DiMuzio, attorneys for plaintiffs in the above-captioned litigation, and the Court having considered the request, the submissions and arguments of the parties, if any; and

THE COURT FINDING, AS A MATTER OF FACT, that the nature of the materials or proceedings at issue consist of confidential settlement agreements and releases setting forth the terms of settlement for each minor plaintiff, as well as affidavits from each minor's parent(s) or guardian(s) detailing the circumstances related to each minor's injuries; and

THE COURT CONCLUDING, AS A MATTER OF LAW, that each minor plaintiff has a legitimate private interest in the confidentiality of their personal information, such as his or her name, date of birth, other identifying information and details regarding medical treatment that warrant an Order to Seal; and

THE COURT FURTHER CONCLUDING, AS A MATTER OF LAW, that if the relief sought is not granted, each minor plaintiff would face clearly defined and serious injury in that their personal and identifying information would be available to the public to access; and

THE COURT FURTHER CONCLUDING, AS A MATTER OF LAW, that there are no less restrictive alternatives available to an Order to Seal; and for good cause shown;

IT IS ON THIS <u>10th</u> day of <u>February</u>, 2017,

**ORDERED** that the settlement agreements and affidavits of Plaintiffs' parents/ guardians that have been filed in support of the Motion to Approve Settlements of Z.S., Z.S., and S.C. shall be SEALED.

                                                        Hon. Karen M. Williams, U.S.M.J.